**Crystal BLAKE, individually, and on behalf of all others similarly situated, Plaintiff–Appellant,**

v.

**SHERIFF OF POLK COUNTY, in his official capacity, Defendant–Appellee.**

No. 10–11532

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Sept. 9, 2010.

Joel J. Ewusiak, Justin S. Hemlepp, Haley R. Maple, Forizs & Dogali, PL, Tampa, FL, for Plaintiff–Appellant.

Hank B. Campbell, William Thompson McKinley, Valenti Campbell Trohn Tamayo & Aranda, P.A., Lakeland, FL, for Defendant–Appellee.

Before BLACK, HULL and PRYOR, Circuit Judges.

PER CURIAM:

After review of the briefs and the record, the Court affirms the district court's order granting the defendant's motion to dismiss the plaintiff's complaint.

**AFFIRMED.**